# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN RE: REQUEST FOR JUDICIAL ASSISTANCE FROM THE REGIONAL COURT OF BERNER JURA-SEELAND, in BIEL/BIENNE, SWITZERLAND IN THE MATTER OF ALEXANDRA TIFFANY MYERS-TERRELL v. SEAN MICHAEL MYERS | 8:21CV384<br><br>ORDER |

WHEREAS, the United States, by its counsel, on behalf of the Regional Court of Berner Jura-Seeland in Biel/Bienne, Switzerland in *Alexandra Tiffany Myers-Terrell v. Sean Michael Myers*, Foreign Reference Number CIV 19 1154 ERC, through its Application pursuant to 28 U.S.C. § 1782, is seeking to obtain testimony from Sean Michael Myers, for use in connection with a judicial proceeding in the Regional Court in Biel/Bienne, Switzerland; and

WHEREAS upon review of the Letter of Request issued by the Regional Court of Berner Jura-Seeland in Biel/Bienne, Switzerland in *Alexandra Tiffany Myers-Terrell v. Sean Michael Myers*, seeking evidence from individuals or entities who may be found within the jurisdiction of this Court for use in said judicial proceedings in Switzerland, and the Court being fully informed in the premises.

NOW THEREFORE, it is ORDERED AND ADJUDGED, pursuant to the authority contained in Title 28, United States Code Section 1782(a) and Rule 28(a) of the Federal Rules of Civil Procedure that Laurie A. Kelly, Assistant United States Attorney for the District of Nebraska, is hereby appointed Commissioner of this Court, to obtain by subpoena the requested evidence from Sean Michael Myers in the form of a written affidavit for transmission to the Office of International Judicial Assistance, United States Department of Justice, for transmission to the

Regional Court of Berner Jura-Seeland in Biel/Bienne, Switzerland in *Alexandra Tiffany Myers-Terrell v. Sean Michael Myers*; and to do all else that may be necessary for the accomplishment of the purpose of this Order.

IT IS FURTHER ORDERED that the U.S. Department of Justice shall provide Sean Michael Myers in Omaha, Nebraska with a copy of this Order and the accompanying documents.

Dated this 30th day of September, 2021.

_____
MICHAEL D. NELSON
UNITED STATES MAGISTRATE JUDGE