# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN RE: REQUEST FOR JUDICIAL ASSISTANCE FROM THE REGIONAL COURT OF BERNER JURA-SEELAND, in BIEL/BIENNE, SWITZERLAND IN THE MATTER OF ALEXANDRA TIFFANY MYERS-TERRELL v. SEAN MICHAEL MYERS | 8:21CV384<br><br>ORDER |

This matter comes before the court on the Motion to Compel Witness to Comply with Commissioner's Subpoena (Filing No. 6). No response to the motion has been filed. After review of the motion and accompanying Index of Evidentiary Materials (Filing No. 7),

**IT IS ORDERED**:

1. The Motion to Compel Witness to Comply with Commissioner's Subpoena (Filing No. 6) is granted;

2. The United States shall provide a copy of this Order and a copy of the Execution Affidavit of Letter of Request and Interrogatories to the Respondent, Sean Michael Myers;

3. The Respondent, Sean Michael Myers, shall provide a signed Execution Affidavit of Letter of Request and written responses to the Interrogatories in response to the Switzerland Court's request by January 11, 2022, pursuant to 28 U.S.C. § 1782(a).

Dated this 21st day of December, 2021.

MICHAEL D. NELSON
UNITED STATES MAGISTRATE JUDGE