IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN RE ALEXANDRA TIFFANY MYERS-TERRELL,<br><br>vs.<br><br>SEAN MICHAEL MYERS,<br><br>Defendant. | **8:21CV384**<br><br>**ORDER OF DISMISSAL** |

This matter comes before the Court on the Government's Motion to Dismiss (Filing No. 9). The Court being advised in the premises finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this action be dismissed without prejudice.

Dated this 2nd day of March, 2022.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge